United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-13955-mdc

Vida Debrah     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 22, 2022 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2022:**

**Recip ID     Recipient Name and Address**
db     + Vida Debrah, 7312 Bunting Place, Philadelphia, PA 19153-2302

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2022 at the address(es) listed below:

**Name     Email Address**

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor PNC Bank N.A. bkgroup@kmllawgroup.com

MICHAEL A. CIBIK
    on behalf of Debtor Vida Debrah mail@cibiklaw.com

NICOLE B. LABLETTA
    on behalf of Creditor PNC Bank National Association nlabletta@lablettawalters.com, brausch@pincuslaw.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 22, 2022 | Form ID: 234 | Total Noticed: 1

NICOLE B. LABLETTA
          on behalf of Creditor PNC Bank  N.A. nlabletta@lablettawalters.com, brausch@pincuslaw.com

REBECCA ANN SOLARZ
          on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
          on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

WALTER WILLIAM GOULDSBURY, III
          on behalf of Creditor PNC Bank  National Association wgouldsbury@rasnj.com

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Vida Debrah

        Debtor(s)                         Case No:17−13955−mdc

                                         Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                                  For The Court

                                                  Timothy McGrath,
                                                  Clerk of Court

Date: 9/22/22