Certificate Number: 16339-PAE-DE-036880204

Bankruptcy Case Number: 17-13955



16339-PAE-DE-036880204

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 5, 2022</u>, at <u>6:50</u> o'clock <u>AM EDT</u>, <u>Vida Debrah</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 5, 2022</u>          By:    <u>/s/Kelley Tipton</u>

                                       Name:  <u>Kelley Tipton</u>

                                       Title: <u>Certified Financial Counselor</u>