United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Vida Debrah  
    Debtor

Case No. 17-13955-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Oct 06, 2022     Form ID: 138OBJ     Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vida Debrah, 7312 Bunting Place, Philadelphia, PA 19153-2302 |
| 13930292 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14180399 | + | PNC Bank NA, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13936973 | | PNC Bank NA, c/o Nicole LaBletta, Esq., Udren Law Offices PC, Woodcrest Corp Ctr., 111 Woodcrest Rd., Ste. 200 Cherry Hill, NJ 08003-3620 |
| 13930293 | + | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 13930296 | | Square One Financial/Cach Llc, PO Box 5980, Denver, CO 80127 |
| 13930297 | + | Stellar Recovery Inc, Attn: Bankruptcy, 4500 Salisbury Road Ste 105, Jackonville, FL 32216-8035 |
| 13930299 | + | Udren Law Offices,PC, 111 Woodcrest Road, Suite 200, Cherry Hill NJ 08003-3620 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 07 2022 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 07 2022 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13987484 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2022 00:06:59 | CACH, LLC its successors and assigns as assignee, of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13930283 | | Email/Text: megan.harper@phila.gov | Oct 07 2022 00:00:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Law Dept. - Tax Unit MSB, 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 13930284 | | Email/Text: megan.harper@phila.gov | Oct 07 2022 00:00:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 13930281 | + | Email/Text: ecf@ccpclaw.com | Oct 07 2022 00:00:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13930285 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 07 2022 00:00:00 | Comenity Bank/Fashion Bug, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 13930286 | + | Email/Text: dylan.succa@commercialacceptance.net | Oct 07 2022 00:00:00 | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 13930287 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 07 2022 00:00:14 | Credit Collections Svc, PO Box 773, Needham, MA 02494-0918 |
| 13930288 | ^ | MEBN | Oct 06 2022 23:59:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 13930289 | ^ | MEBN | Oct 06 2022 23:59:02 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |

Case 17-13955-mdc    Doc 69    Filed 10/08/22    Entered 10/09/22 00:26:32    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 06, 2022 | Form ID: 138OBJ | Total Noticed: 27 |

| Recip ID | Notice Method | Date | Name and Address |
|---|---|---|---|
| 13930290 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 07 2022 00:00:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13930291 | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 07 2022 00:00:00 | Jefferson Capital Systems, LLC, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 13953139 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 07 2022 00:00:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 13930294 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 07 2022 00:00:00 | PNC Mortgage, Attn: Bankruptcy Department, 3232 Newmark Drive, Maimisburg, OH 45342 |
| 13930295 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 07 2022 00:00:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 13930298 | Email/Text: DASPUBREC@transunion.com | Oct 07 2022 00:00:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 13967155 | Email/PDF: ebn_ais@aisinfo.com | Oct 07 2022 00:06:58 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13967381 + | Email/PDF: ebn_ais@aisinfo.com | Oct 07 2022 00:06:48 | Verizon by American InfoSource LP, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13930282 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2022            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC Bank  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: Oct 06, 2022                       Form ID: 138OBJ                            Total Noticed: 27

| | |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor PNC Bank N.A. bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| MICHAEL A. CIBIK | on behalf of Debtor Vida Debrah mail@cibiklaw.com |
| NICOLE B. LABLETTA | on behalf of Creditor PNC Bank National Association nlabletta@lablettawalters.com, brausch@pincuslaw.com |
| NICOLE B. LABLETTA | on behalf of Creditor PNC Bank N.A. nlabletta@lablettawalters.com, brausch@pincuslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WALTER WILLIAM GOULDSBURY, III | on behalf of Creditor PNC Bank National Association wgouldsbury@rasnj.com |

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Vida Debrah
        Debtor(s)

Case No: 17−13955−mdc
Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/6/22

68 − 61
Form 138OBJ